**UNITED STATES of America, Plaintiff–Appellee**

v.

**Pierre WATSON, Defendant–Appellant.**

No. 14–3265.

United States Court of Appeals, Eighth Circuit.

Submitted: March 12, 2015.

Filed: March 17, 2015.

District of Iowa.

Tracy Berry, U.S. Attorney's Office, Saint Louis, MO, for Plaintiff–Appellee.

Emily Nyman Kaiser, Kaiser & Kaiser, PC, Saint Charles, MO, for Defendant–Appellant.

Pierre Watson, Forrest City, AR, pro se.

Before LOKEN, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

While Pierre Watson was serving a period of supervised release on a federal criminal sentence, he admitted to the district court[1] that he had violated several release conditions. The court revoked supervised release and imposed a revocation sentence of 8 months in prison and 48 months of additional supervised release. On appeal, Watson contends that the court abused its discretion by failing to articulate its consideration of the 18 U.S.C. § 3553(a) sentencing factors. After careful review, we conclude that the district court did not abuse its discretion. *See United States v. Miller*, 557 F.3d 910, 915–16 (8th Cir.2009) (standard of review); *United States v. Gray*, 533 F.3d 942, 943–44 (8th Cir.2008). The judgment is affirmed.

---

1. The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.